# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY D. BELL,

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　Case No:　6:17-cv-960-Orl-31DCI

FREEMAN DECORATING SERVICES, INC.,

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Verified Motion to Tax Costs and Motion for Non-taxable Costs (Doc. 50), filed September 25, 2018.

On November 21, 2018, the United States Magistrate Judge issued a report (Doc. 55) recommending that the motion be granted in part. No objection to that report was filed.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion (Doc. 50) is **GRANTED** in part. The Court taxes $7,180.11 in costs against Plaintiff.

3. In all other respects, the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 6, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party