# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTHONY D. BELL,**

    **Plaintiff,**

**v.**                                                                        Case No:  6:17-cv-960-Orl-31DCI

**FREEMAN DECORATING SERVICES, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION FOR JUDGMENT (Doc. 57)**
>
> **FILED:**     April 22, 2019
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to enter an amended final judgment for Defendant and against Plaintiff for costs in the amount of $7,180.00.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2019.

*/s/ Gregory A. Presnell*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties